**FILED**

APR 11 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| RICARDO and AIDA RODRIGUEZ, ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | DR-22-CV-00049-AM/VRG |
| SCOTTSDALE INSURANCE ) | |
| COMPANY, ) | |
|     Defendant. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

On April 11, 2023, the Parties filed an Agreed Stipulation of Dismissal that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Agreed Stipulation, ECF No. 20.)

**IT IS THEREFORE ORDERED** that the Plaintiffs' claims asserted in this suit against the Defendant are **DISMISSED WITH PREJUDICE** as set forth in the stipulation. Each party shall bear its own costs and fees. **IT IS FURTHER ORDERED** that all pending motions be denied as moot and that a Clerk's judgment shall immediately issue.

SIGNED and ENTERED on this 11th day of April 2023.

_____
ALIA MOSES
Chief United States District Judge