AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court

## Western District of Texas

RICARDO and AIDA RODRIGUEZ,
Plaintiffs,

v.

SCOTTSDALE INSURANCE
COMPANY,
Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-22-CV-00049-AM/VRG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That the Plaintiffs' claims asserted in this suit against the Defendant are DISMISSED WITH PREJUDICE as set forth in the stipulation. Each party shall bear its own costs and fees. IT IS FURTHER ORDERED that all pending motions be denied as moot.

4/11/2023
Date



Philip J. Devlin
Clerk

*/s/ Sanchez*

(By) Deputy Clerk